IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LANCER INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV. ACT. NO. 1:23-cv-171-TFM-MU |
| ) | |
| B3 LOGISTICS, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION AND ORDER**

On February 22, 2024, the Magistrate Judge entered a Report and Recommendation which recommends that Defendant Tameica Baker's motion to dismiss for lack of personal jursidiction (Doc. 42) be granted. *See* Doc. 53. Further, the Magistrate Judge further recommends that Defendant Baker is an indispensable party for this declaratory judgment action and the whole action should be dismissed without prejudice so that it can be brought in the proper forum. *Id*. No objections were filed and the deadline has passed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Defendant Tameica Baker's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 42) is **GRANTED** and that this action be **DISMISSED without prejudice**. Any remaining motions are **DENIED as moot**.

**DONE** and **ORDERED** this 10th day of April, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE